IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KIM ANTHONY POLONCZYK,          :

    Plaintiff,                :

vs.                             : CIVIL ACTION 14-0327-WS-M

CAROLYN W. COLVIN, *et al.*,    :

    Defendants.               :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 16th day of October, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE